UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 99-128 |
| ROBERT DUNCAN | SECTION: "J" |

### ORDER AND REASONS

Before the Court is the Motion for Production of *Boykin* Transcript and Plea Form (Rec. Doc. 98). Pro Se movant Robert Duncan has requested a free copy of his *Boykinization* transcript and plea form, stemming from his July 16, 1999 rearraignment. Duncan claims that according to Draper v. State of Washington, 371 U.S. 487 (1963), he has a right to these documents free of charge.

The Court acknowledges that an indigent defendant has a statutory right to free transcripts in certain circumstances. See 28 U.S.C. § 753(f); United States v. MacCollum, 426 U.S. 317 (1976). However, the defendant must establish that the transcripts are needed to decide an issue in a pending suit and that the suit is not frivolous. 28 U.S.C. § 753(f). Here, Duncan has not shown that the transcripts are needed to decide an issue in a pending suit and that the suit is not frivolous. Thus, his motion for transcripts is be denied without prejudice at this time. See U.S. v. Flores-Lorenzo, 2006 WL 3454858 (S.D. Tex. Nov. 29, 2006).

**IT IS ORDERED** that the **Motion for Production of *Boykin* Transcript and Plea Form (Rec. Doc. 98)** should be and is hereby **DENIED without prejudice**.

New Orleans, Louisiana, this 10th day of May, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE